[No. 32637-3-III.  Division Three.  January 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO G. SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 14-1-00024-5, Scott D. Gallina, J., entered June 9, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Siddoway, C.J., concurred in by Fearing, J., and Brown, J. Pro Tem.

[No. 32696-9-III.  Division Three.  January 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN EDWARD KUHLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00820-7, Carrie L. Runge, J., entered August 20, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32907-1-III.  Division Three.  January 21, 2016.]

ALLAN MARGITAN, *Appellant*, v. SPOKANE REGIONAL HEALTH DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-01879-1, John O. Cooney, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Fearing, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., concurring separately, Lawrence-Berrey, J. concurring.